IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00601-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$31,203.00 IN UNITED STATES CURRENCY, and
2007 CHEVROLET TAHOE LT, VIN 1GNFK13037R113654,

    Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture filed October 15, 2013.  The Court, having reviewed said Motion, FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Travis Hardgraves, through Nicolas Geman, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant $31,203.00 in United States Currency or 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654 have been filed;

THAT upon agreement of the parties, Travis Hardgraves agrees to forfeit defendant $31,203.00 in United States Currency, and $12,000.00 in lieu of forfeiture of defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654, to the United States pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law;

THAT the United States has now received the $12,000.00 to be forfeited in lieu of defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654;

THAT upon agreement of the parties, the United States has agreed to return to Travis Hardgraves, defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS HEREBY

ORDERED that the Unopposed Motion for Final Order of Forfeiture (ECF No. 12) is **GRANTED**. It is

FURTHER ORDERED that judgment of forfeiture of defendant $31,203.00 in United States Currency and $12,000.00 in lieu of defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654 is hereby entered in favor of the United States; the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement. It is

FURTHER ORDERED that the United States shall return to Claimant Travis Hardgraves, defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654. It is

FURTHER ORDERED that a Certificate of Reasonable Cause, which this Order constitutes, is granted, as to all defendant property pursuant to 28 U.S.C. § 2465. Finally, it is

ORDERED that this case is terminated.

Dated: October 15, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE