IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00601-WYD-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$31,203.00 IN UNITED STATES CURRENCY, and
2007 CHEVROLET TAHOE LT, VIN 1GNFK13037R113654,

       Defendants.

_____

**FINAL JUDGMENT**
_____

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Wiley Y. Daniel, the following JUDGMENT is hereby entered:

       1.    That forfeiture of defendant $31,203.00 in United States Currency, and $12,000.00 in lieu of forfeiture of defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

       2.    That the United States shall have full and legal title as to defendant $31,203.00 in United States Currency, and $12,000.00 in lieu of forfeiture of defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654, and may dispose of said property in accordance with law, and in accordance with the terms and provisions of the parties' Settlement Agreement;

2

3.      That the Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant $31,203.00 in United States Currency, and $12,000.00 in lieu of forfeiture of defendant 2007 Chevrolet Tahoe LT, VIN 1GNFK13037R113654 under 28 U.S.C. § 2465.

Dated at Denver, Colorado this  25  day of   Novemeber  , 2013.

JEFFREY P. COLWELL
Clerk of the U.S. District Court


By:   s/Jennifer Hawkins
Deputy Clerk